REDACTED

-FILED-
OCT 28 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Case No.: 1:26-CR- 107 |
| | ) | Violations: |
| | ) | 18 U.S.C. § 922(u) and |
| ANTHONY COLEN, and | ) | 18 U.S.C. § 922(n) |
| SAMUEL LUCKETT | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about September 15, 2026, in the Northern District of Indiana,

**ANTHONY COLEN**, and
**SAMUEL LUCKETT**

defendants herein, did steal and unlawfully take and carry away from the premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, a firearm in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce;

All in violation of 18 U.S.C. § 922(u).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

On or about September 15, 2026, in the Northern District of Indiana,

**ANTHONY COLEN,**

defendant herein, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Resisting Law Enforcement – Vehicle, a level 6 felony, in violation of Indiana Code 35-44.1-3-1(a)(3) and (b)(1), did willfully receive a firearm, including a Glock pistol, said firearm having been shipped and transported in interstate and foreign commerce;

All in violation of 18 U.S.C. § 922(n).

A TRUE BILL:

*/s/ Foreperson*
Foreperson

ADAM L. MILDRED
UNITED STATES ATTORNEY

*/s/ Dawn R. Ransom*
By: Dawn R. Ransom
Assistant United States Attorney